| | |
|---|---|
| **WO** | JKM |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Timothy Paul Olmos, | ) | No. CV 10-2564-PHX-GMS (MEA) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Charles Ryan, et al., | ) ) | |
| Defendant. | ) ) ) | |

      Before the Court is Plaintiff's Motion for Order to Include Documents 2, 3 and 8 as Part of the Court Record (Doc. 45). The motion will be denied.

      On November 28, 2010, Plaintiff filed a Motion for Leave to File Lengthy Complaint and Related Pleadings (Doc.1) and lodged a Complaint Addendum (Docs. 2 and 3) and a Memorandum Establishing Conformance with 42 U.S.C. § 1997e(a) (Doc. 8). On February 9, 2011, the Court granted in part and denied in part Plaintiff's Motion for Leave to File. (Doc. 11.). The Clerk was directed to file the Complaint portion of Doc. 2, but not to file the lodged Complaint Addendum portion of Doc. 2 and Doc. 3. The Court also directed the Clerk not to file Plaintiff's lodged Memorandum Establishing Conformance with 42 U.S.C. § 1997e(a) (Doc. 8).

      Nine months later, Plaintiff filed his Motion for Order to Include Documents 2, 3 and 8 as Part of the Court Record (Doc. 45). Plaintiff wants these documents to be part of the record so that they can be reviewed by the United States Court of Appeals for the Ninth

Circuit and the United States Supreme Court in his interlocutory appeal. Plaintiff's Motion will be denied because the documents remain available for review by the appellate courts. Although the documents were not filed, they remain available as lodged documents in the Court's electronic docket.

**IT IS ORDERED** that Plaintiff's Motion for Order to Include Documents 2, 3 and 8 as Part of the Court Record (Doc. 45) is **denied**.

DATED this 6th day of February, 2012.

*A. Murray Snow*
/G. Murray Snow
United States District Judge